**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO.: 25-51014 |
| ) | |
| **PATRICIA MARIE CUNNINGHAM,** ) | **CHAPTER 13** |
| ) | |
| ) | |
| **Debtor.** ) | |

## DEBTOR'S CHANGE OF ADDRESS

Updated address(es) for:   **PATRICIA MARIE CUNNINGHAM**

Physical Address:   2556 Sweetridge Court
Lithia Springs, Georgia 30122

Mailing Address:   Same as physical address

Furnished by:   **BERRY & ASSOCIATES**
2751 Buford Highway
Suite 600
Atlanta, Georgia 30324

Date:   March 6, 2025